**Below is the Order of the Court.**



_____

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

| | |
|---|---|
| In re: | |
| MERIDIAN MORTGAGE INVESTORS FUND V LLC, | Bankruptcy No. 10-17952-TWD (Lead Case) |
| MERIDIAN MORTGAGE INVESTORS FUND VII LLC, | Bankruptcy No. 10-17953-TWD (Consolidated Cases) |
| MERIDIAN MORTGAGE INVESTORS FUND VIII LLC, | Bankruptcy No. 10-17958-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND II LLC, | Bankruptcy No. 10-17976-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND IX LLC, | Bankruptcy No. 10-18727-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND X LLC, | Bankruptcy No. 10-18728-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND VI LLC, | Bankruptcy No. 10-18729-TWD |
| MERIDIAN REAL ESTATE OPPORTUNITY FUND II LLC, | Bankruptcy No. 10-19644-TWD |

**ORDER TO SHOW CAUSE WHY THE PROCEEDING SHOULD NOT BE DISMISSED AND CLOSED** - 1

| | |
|---|---|
| MERIDIAN REAL ESTATE OPPORTUNITY FUND I LLC, | Bankruptcy No. 10-19645-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND I LLC | Bankruptcy No. 11-10830-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND III LLC, | Bankruptcy No. 11-10833-TWD |
| MPM INVESTOR SERVICES INC. | Bankruptcy No. 11-10834-TWD |
| Debtors.[1] | |
| MARK CALVERT, as Liquidating Trustee of the Consolidated Meridian Funds aka Meridian Investors Trust, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FREDERICK DARREN BERG, an individual, and MOSS ADAMS, LLP <br><br> Defendants. | Adversary No. 12-01649-TWD <br><br> **ORDER TO SHOW CAUSE WHY THE PROCEEDING SHOULD NOT BE DISMISSED AND CLOSED** |

This matter came before the Court *sua sponte*. On September 22, 2016, the Court entered a final decree and order granting Mr. Calvert's motion to close the Meridian Funds' cases [Case No. 10-17952, Docket No. 1244] ("Final Decree"). On October 7, 2016, the Bankruptcy Court closed the Meridian Funds' bankruptcy cases. Mr. Calvert's motion seeking the final decree states that all litigation related to the Meridian Funds has resolved except for litigation against Dr. George Steven Kooshian that is now on appeal to the Ninth Circuit Court of Appeals. "Only one lawsuit [12-cv-01585-RAJ] remains unresolved." [Case No. 10-17952, Docket No. 1234]. Mr. Calvert represented to this Court that all litigation except for the Kooshian appeal has resolved, the Meridian Fund bankruptcy cases are closed, and the claims in this adversary proceeding against Moss Adams, LLP were dismissed on May 20, 2016 [Docket No. 138].

---

[1] For efficiency, the Court will refer to the Debtors collectively as the Meridian Funds.

**ORDER TO SHOW CAUSE WHY THE PROCEEDING SHOULD NOT BE DISMISSED AND CLOSED** - 2

Now, therefore, it is hereby ORDERED that:

A hearing is set for **Friday, December 16, 2016,** at **11:00 a.m.,** at the U.S. Courthouse, 700 Stewart St., Room 8106, Seattle, Washington, for the parties to appear and show cause why any unresolved claims in the above-captioned proceeding should not be dismissed and why the proceeding should not be closed. Any party opposing dismissal or closure shall file a response by **December 2, 2016**. If a response is not timely filed, the Court will dismiss the proceeding without further notice, direct the Clerk to close the proceeding and strike the hearing. If a response is timely filed, the parties shall appear at the hearing. If the parties fail to appear at the hearing, the Court may dismiss the proceeding without further notice and direct the Clerk to close the proceeding.

**/// End of Order ///**