Entered on Docket December 5, 2016

**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

___

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

| In re: | |
|---|---|
| MERIDIAN MORTGAGE INVESTORS FUND V LLC, | Bankruptcy No. 10-17952-TWD (Lead Case) |
| MERIDIAN MORTGAGE INVESTORS FUND VII LLC, | Bankruptcy No. 10-17953-TWD (Consolidated Cases) |
| MERIDIAN MORTGAGE INVESTORS FUND VIII LLC, | Bankruptcy No. 10-17958-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND II LLC, | Bankruptcy No. 10-17976-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND IX LLC, | Bankruptcy No. 10-18727-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND X LLC, | Bankruptcy No. 10-18728-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND VI LLC, | Bankruptcy No. 10-18729-TWD |
| MERIDIAN REAL ESTATE OPPORTUNITY FUND II LLC, | Bankruptcy No. 10-19644-TWD |

**ORDER DISMISSING AND CLOSING ADVERSARY PROCEEDING** - 1

| | |
|---|---|
| MERIDIAN REAL ESTATE OPPORTUNITY FUND I LLC, | Bankruptcy No. 10-19645-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND I LLC | Bankruptcy No. 11-10830-TWD |
| MERIDIAN MORTGAGE INVESTORS FUND III LLC, | Bankruptcy No. 11-10833-TWD |
| MPM INVESTOR SERVICES INC. | Bankruptcy No. 11-10834-TWD |
| Debtors. | |
| MARK CALVERT, as Liquidating Trustee of the Consolidated Meridian Funds aka Meridian Investors Trust, et al., | Adversary No. 12-01649-TWD |
| Plaintiffs, | **ORDER DISMISSING AND CLOSING ADVERSARY PROCEEDING** |
| v. | |
| FREDERICK DARREN BERG, an individual, and MOSS ADAMS, LLP | |
| Defendants. | |

This matter came before the Court on the Court's Order to Show Cause Why the Proceeding Should Not Be Dismissed and Closed [Docket No. 148] ("OSC"). The Court has reviewed and considered the OSC and the records and files in this adversary proceeding. No responses to the OSC were filed. The Court finds good cause to enter an order dismissing and closing this adversary proceeding.

It is hereby ORDERED that:

1. All unresolved claims in this adversary proceeding are DISMISSED.

2. The Clerk of Court may close this adversary proceeding.

**/// End of Order ///**